# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS ANTONIO QUIROZ GUTIERREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC HOLDER, et al.,<br><br>    Defendants. | Case No.  13-cv-05478-JST<br><br>**ORDER TO SHOW CAUSE** |

Before the Court is Petitioner Marcos Antonio Quiroz Gutierrez's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner alleges that he is in Respondents' custody, that he is entitled to an individualized bond hearing, and that Respondents' failure to provide such a hearing violates the Immigration and Nationality Act section 236, 8 U.S.C. § 1226(c).

The Court having considered the pleadings and documents in this matter, and good cause having been shown by Petitioner pursuant to 28 U.S.C. § 2243, Petitioner's application for an Order to Show Cause is hereby GRANTED.

The Court therefore Orders as follows:

1. Respondents shall file a return by December 6, 2013;
2. Petitioner shall file a reply by December 11, 2013; and
3. The Court will hold a hearing on the Petition on December 16, 2013, at 3:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated:  November 27, 2013



_____
JON S. TIGAR
United States District Judge